# APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 04/11/23 | District: MIDDLE DISTRICT | District Case No.: 1:21CV778 |
|---|---|---|
| ✓ First NOA in Case | Division: | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | | |
| ___ Subsequent NOA-cross appeal | Caption: | 4CCA Case Manager: |
| ___ Paper ROA ___ Paper Supp. | ANDERSON v. DIAMONDBACK INVESTMENT GROUP. LLC | |
| Vols: _____ | | |
| Other: _____ | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address**-Criminal Case:

**District Judge:**
LORETTA C. BIGGS

**Court Reporter** (list all):

**Coordinator**: KEAH MARSH

**Fee Status:**
___ No fee required (USA appeal)  ___ Appeal fees paid in full  ___ Fee not paid

**Criminal Cases:**
___ Defendant proceeded under CJA in district court.
___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
✓ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
____ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
✓ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: /s/Brooke L. Monroe   Phone: 336-332-6059   Date: 04/12/23

02/2023