FILED:  April 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1400
(1:21-cv-00778-LCB-JLW)

_____

TONYA ANDERSON

Plaintiff - Appellant

v.

DIAMONDBACK INVESTMENT GROUP, LLC

Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
|---|---|
| Originating Case Number | 1:21-cv-00778-LCB-JLW |
| Date notice of appeal filed in originating court: | 04/11/2023 |
| Appellant | Tonya Anderson |
| Appellate Case Number | 23-1400 |
| Case Manager | Taylor Barton 804-916-2702 |